# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01431-JRG-RSP |
| vs. | § § | LEAD CASE |
| GUARDIAN PROTECTION SERVICES, INC. | § § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01469-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| SLOMIN'S, INC. | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL OF DEFENDANT SLOMIN'S, INC. WITH PREJUDICE

On this day the Court considered the Unopposed Motion to Dismiss Slomin's, Inc. With Prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") and Defendant Slomin's, Inc. ("Slomin's"). Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild against Slomin's are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 30th day of November, 2015.**

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE